

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00460-CV

Linda **RODRIGUEZ**,
Appellant

v.

Tomas **RODRIGUEZ**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 091188-B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  January 9, 2013

DIMISSED FOR WANT OF PROSECUTION

Appellant Linda Rodriguez appeals the trial court's judgment signed April 19, 2012. Appellant's brief was originally due October 31, 2012.  We granted appellant an extension until November 30, 2012, to file the brief.  Neither the brief nor a motion for extension of time was filed.  On December 11, 2012, we ordered appellant to file, not later than December 21, 2012, her appellant's brief and a written response reasonably explaining her failure to timely file the brief.  We advised appellant that if she failed to file a brief and the written response by the date

ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed a brief or the written response ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee Tomas Rodriguez, recover his costs of this appeal from appellant.


PER CURIAM